FILED
CLERK, U.S. DISTRICT COURT

09/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF<br><br>    v.<br><br>SEYED ZIAEDDIN TAHERI ZANGAKANI,<br>SAEED TORAB ABTAHI,<br>ABBAS AMIN,<br>ISSA SHAYEGH,<br>MOJTABA DEHGHANI,<br>SARA SABRI,<br>REZA KARIMI,<br>SHANTIA CHUPRA,<br>SALIM HENAREH, and<br>KHALIL HENAREH,<br><br>                DEFENDANT(S) | Initial Indictment:  2:21-cr-00442-FMO<br><br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as comple.) |

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants.  The number of defendants is ___10___.

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days.  The current estimate is ___15___ trial days.

---

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants.  The number of defendants is _____.  The previous number of defendants was _____.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days.  The current estimate is _____ trial days.  The previous estimate was _____ trial days.

09/21/21 _____
Date

_____
WILLIAM M. ROLLINS
Assistant United States Attorney