Case 2:21-cr-00442-FMO   Document 59   Filed 09/21/21   Page 1 of 1   Page ID #:380



FILED
CLERK, U.S. DISTRICT COURT
09/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Seyed Ziaeddin Taheri Zangakani, et al.,<br>DEFENDANT(S) | CASE NUMBER<br>CR 2:21-cr-00442-FMO<br><br>NOTICE TO COURT OF<br>RELATED CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

<u>United States v. Seyed Ziaeddin Taheri Zangakani, et al.</u>, CV 21-2438-PA, which:

   __X__   was previously assigned to the Honorable Percy Anderson;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   __X__   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: September 21, 2021

_____
WILLIAM M. ROLLINS
Assistant United States Attorney